IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:09-CV-100-BR

| | |
|---|---|
| MARY McLAURIN and CARRIE MOORE, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>PRESTAGE FOODS, INC., )<br>)<br>Defendant. ) | ORDER |

This matter is before the court on the parties' Joint Motion for a Court-Hosted Settlement Conference (DE # 85). The parties wish to participate in a settlement conference before Magistrate Judge David W. Daniel.

For good cause shown, the motion is GRANTED. Pursuant to Local Civil Rule 101.2, E.D.N.C., and Rule 16 of the Federal Rules of Civil Procedure, this matter is referred to United States Magistrate Judge David W. Daniel for a court-hosted settlement conference. The parties are DIRECTED to consult with Judge Daniel's chambers regarding the scheduling of the conference, which shall occur on or before 15 September 2011. The settlement conference shall be conducted pursuant to the provisions of Local Civil Rule 101, E.D.N.C.

This 23 March 2011.

_____
W. Earl Britt
Senior U.S. District Judge