IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:09-CV-100-BR

| | | |
|---|---|---|
| MARY McLAURIN and CARRIE MOORE, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | <u>ORDER</u> |
| v. | ) ) | |
| PRESTAGE FOODS, INC., | ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion to Enlarge the Expert Disclosure and Report Deadline. The parties propose to extend the current expert disclosure deadline by fourteen days. The proposed changes do not affect the trial readiness date of 5 December 2011.

Based upon the representations made by the parties and for good cause shown, the joint motion (DE # 95) is GRANTED. Accordingly, it is ORDERED that the Scheduling Order (DE # 13), as amended (<u>see</u> DE ## 72, 90), is further AMENDED to establish the following deadlines:

1. Plaintiffs' expert disclosure and report must be filed with the court by **29 July 2011**;

2. Defendant's expert disclosure and report must be filed with the court by **30 August 2011**.

This 28 June 2011.

_____
W. Earl Britt
Senior U.S. District Judge