IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:09-CV-100-BR

| | | |
|---|---|---|
| MARY McLAURIN and CARRIE MOORE, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) | ORDER |
| v. | ) ) | |
| PRESTAGE FOODS, INC., | ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion Requesting Waiver of Requirement to File Expert Witness Submissions and Reports with the Court (DE # 98). Based upon the representations made by the parties and for good cause shown, the joint motion is GRANTED. The parties are hereby permitted to forego the filing of their expert witness disclosures, reports and submissions with the court.

This 7 September 2011.

W. Earl Britt
Senior U.S. District Judge