UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Mary McLaurin, Carrie Moore, )
                Plaintiffs, )
                )
    v. ) **JUDGMENT**
                )
Prestage Foods, Inc., ) No. 7:09-CV-100-BR
                )
                Defendant. )
                )

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the joint motion for final approval of collective and class action settlement and Plaintiff's motion for attorneys' fees.

**IT IS ORDERED, ADJUDGED AND DECREED** that:

     1. The motion for final approval of the settlement is ALLOWED. All amounts awarded pursuant to this order shall be paid in accordance with the terms of the Settlement Agreement.

     2. The court ALLOWS the motion for attorneys' fees and awards attorneys' fees in the total amount of $600,000.

     3. Class Counsel are awarded reimbursement of expenses, disbursements, and costs, including expert fees, mediator fees, court reporter fees, translation fees, costs of sending notice, and settlement administration fees in the amount of $200,000.

     4. Mary McLaurin and Carrie Moore, the named plaintiffs, are each awarded service fees in the amount of $10,000 and $5,000, respectively.

     5. The named plaintiffs and all members of the plaintiff class are permanently enjoined and barred from commencing or prosecuting any action asserting any of the Released Settled Claims against any of the Released Parties (as defined in the Settlement Agreement), either directly, representatively, derivatively, or in any other capacity, whether by a complaint, counterclaim, defense, or otherwise, in any local, state, or federal court, or in any agency or other authority, tribunal, or forum wherever located. Any person or entity who knowingly violates this injunction shall pay the costs and attorneys' fees incurred by Prestage or any other Released Party as a result of the violation. The named plaintiffs and the members of the plaintiff class who

have not excluded themselves are bound by the release of claims set forth in Article 6 of the Settlement Agreement.

      6. This lawsuit and Prestage are dismissed with prejudice.

      7. The court shall retain continuing jurisdiction over this action, the parties, and all members of the plaintiff class to determine all matters relating in any way to this order, the preliminary approval order, the judgment, or the Settlement Agreement, including but not limited to their administration, implementation, interpretation, or enforcement.

**This judgment filed and entered on February 3, 2012, and served on:**

G. Christopher Olson (via CM/ECF Notice of Electronic Filing)
Gilda A. Hernandez  (via CM/ECF Notice of Electronic Filing)
Kristen G. Lingo (via CM/ECF Notice of Electronic Filing)
William Sutton Cherry, III (via CM/ECF Notice of Electronic Filing)


February 3, 2012                             /s/ Dennis P. Iavarone,
                                                                  Clerk of Court